# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH M. ASHER; AN INDIVIDUAL; AND BRANDYWINE BOOKMAKING, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,
    and
CANTOR G&W (NEVADA) HOLDINGS, L.P., A DELAWARE LIMITED PARTNERSHIP; CANTOR G&W (NEVADA) HOLDINGS, L.P., A NEVADA LIMITED PARTNERSHIP; CF NOTES, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND CANTOR FITZGERALD, L.P., A DELAWARE LIMITED PARTNERSHIP,
Real Parties in Interest.

No. 67767

**FILED**

APR 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of mandamus, or in the alternative, prohibition, directing the district court to apply Delaware's statute of limitations on contract disputes to a contract containing a choice-of-law provision favoring Delaware law. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

16-12549

After considering the petition, briefs, parties' oral arguments, and post-hearing motions, we conclude that our extraordinary relief is not warranted at this time. Accordingly we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Mark R. Denton, District Judge
       Lewis Roca Rothgerber Christie LLP/Las Vegas
       Santoro Whitmire
       Pisanelli Bice, PLLC
       Eighth District Court Clerk